FILED
CLERK, U.S. DISTRICT COURT

JUL 23 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN STEWARD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>DERRAL G. ADAMS, et al.,<br><br>　　　　Respondent. | NO. CV 08-113-ODW(E)<br><br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this Petition is denied and dismissed with prejudice.

DATED: 7/22, 2008.

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE